

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 4, 2023

**BY ECF**
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

REQUEST GRANTED.
The chronologies and related notes are ordered unsealed.

12/4/2023   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re: *United States v. Skyfield*, 23 Cr. 569, 11 Cr. 912-6 (LJL)

Dear Judge Liman:

      The Government submits this letter, with the consent of the United States Probation Office ("Probation"), to respectfully request that internal chronologies and related documents maintained by Probation, detailing Tyriek Skyfield's supervision beginning on December 9, 2022, be unsealed. The Court has scheduled a jury trial in case 23 Cr. 569 to begin on January 16, 2024. In connection with preparing for trial, defense counsel requested that the Government provide Skyfield's supervised release file, as kept by Probation. Because the Government does not currently possess that file, the Government respectfully requests that the Court enter an order unsealing these chronologies and related notes in advance of the jury trial.[1]

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Joseph H. Rosenberg
Adam Z. Margulies
Kevin Mead
Assistant United States Attorneys
(212) 637-2326 / -2345 / -2211

CC:    All Counsel of Record (by ECF)
          Probation (by email)

---

[1] Once in possession of the files, the Government will disclose any discoverable information pursuant to Title 18, United States Code, Section 3500 and/or pursuant to its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and *Giglio v. United States*, 405 U.S. 150 (1972).