UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                  :

UNITED STATES OF AMERICA,             :

       -v-                         :                          23-cr-569 (LJL)

TYRIEK SKYFIELD,                 :

                 Defendant.     :                          ORDER

                                  :

-------------------------------------------------------------------X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:  12/15/2023 |

LEWIS J. LIMAN, United States District Judge:

      The Court scheduled a hearing for December 19, 2023 regarding the outstanding bail, Dkt. No. 21, and dismissal and suppression, Dkt. No. 28, motions.  On December 14, 2023, the Government filed a letter motion requesting an order, prior to the hearing, that Defendant is not entitled to an evidentiary hearing on his suppression motion.  Dkt. No. 32 at 1.  In the alternative, the Government requested an order limiting the scope of any evidentiary hearing on that motion. *Id.*  On December 15, 2023, Defendant filed a letter opposing the Government's request.  Dkt. Nos. 33–34.

      At the December 19, 2023 hearing, the Court will hear oral argument on the outstanding motions.  Accordingly, Defendant may present arguments at that hearing in favor of holding an evidentiary hearing on a later date.  However, the Court will not hold an evidentiary hearing on December 19, 2023.  The Court therefore grants the Government's motion to the extent it is directed to the hearing on December 19, 2023, and reserves on the motion to the extent that the Government argues that the defense is not entitled to an evidentiary hearing.

      SO ORDERED.

Dated: December 15, 2023
      New York, New York          _____
                                        LEWIS J. LIMAN
                                 United States District Judge