

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 31, 2023

**By ECF and Email**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

REQUEST GRANTED.
The Court grants a one-day extension of the motion in limine deadline, such that the parties' motions are due January 4, 2023, and the parties' responses remain due January 10, 2023. A Change of Plea hearing is scheduled for January 3, 2024 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.

1/2/2024  SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**Re:** *United States v. Tyriek Skyfield*, 23 Cr. 569 (LJL)

Dear Judge Liman:

The Government writes to request that the Court schedule a change-of-plea hearing in the above-referenced matter for Wednesday, January 3, 2024. The Government understands that the defendant intends to plead guilty to Count One of the Indictment at that hearing. If the Court is unavailable on Wednesday, January 3, the Government respectfully requests that the Court refer the change-of-plea hearing to Magistrate Court, to allow the parties to finalize the resolution of this matter as early as possible, in light of the January 16 trial date and pre-trial schedule.

The Government also respectfully requests that the Court grant a one-day extension of the motion *in limine* deadline pending the defendant's expected entry of a guilty plea, such that the parties' motions are due January 4, 2023, and the parties' responses remain due January 10, 2023.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Adam Z. Margulies
Joseph Rosenberg
Kevin Mead
Assistant United States Attorneys
Southern District of New York
(212) 637-2345 /-2326 /-2211

Cc:   Richard Palma, Esq. (by ECF and email)

1