# RICHARD PALMA
## ATTORNEY AT LAW
### 225 BROADWAY- SUITE 715
### NEW YORK, NEW YORK 10007

**MEMBER OF THE BAR**  
**NEW YORK**

TEL. (212) 686-8111  
FAX. (212) 202-7800  
E-MAIL - rpalma177@gmail.com

May 23, 2024

**ECF**

Honorable Lewis J. Liman  
United States District Judge  
Daniel J. Moynihan U.S. Courthouse  
500 Pearl Street  
New York, N.Y. 10007

**REQUEST GRANTED.**
**The Sentencing hearing previously set for May 28, 2024 is rescheduled to June 18, 2024 at 10:30AM in Courtroom 15C at the 500 Pearl Street Courthouse.**

5/24/2024    SO ORDERED.

*[signature]*
LEWIS J. LIMAN
United States District Judge

Re:    **U.S. v. Tyriek Skyfiled, 23 Cr. 569 (LJL)**
       **With the Consent of the Government, Skyfield Requests his Sentencing Hearing be Rescheduled to the Week of June 17th.**

Dear Judge Liman:

In order to accommodate my work schedule, the Defense respectfully requests, with the consent of the Government, that Tyriek Skyfiled's sentencing hearing be rescheduled to the week of June 17th. Considering that sentencing is set for this Tuesday, May 28th, and having only received the Government's submission on May 21st, which includes more than 30 exhibits, many of which are video recordings, I need to review this material with Skyfield at the MDC-Brooklyn, which I am unable to accomplish before the hearing. Additionally, I intend to submit a reply to the Government's submission which seeks a denial of Acceptance of Responsibility Points. Furthermore, I will be traveling out of the country for professional reasons from June 2nd through June 6th.

For these reasons, I respectfully request that Skyfield's sentencing be rescheduled for the week of June 17th.

Thank you.

Respectfully submitted  
*Richard Palma*  
Richard Palma